B 265
(8/96)

# United States Bankruptcy Court

_____Middle_____ District Of _Florida_____

In re KWONG HIN FUNG and
SHERRY LAU FUNG,_____,  )  Case No. 3:06-bk-00386-GLP
       Debtor                  )          7
LIONEL HERNANDEZ and           )  Chapter _____
JANETTE HERNANDEZ              )
_____,)          AP
KWONG HIN FUNG and SHERRY LAU  )  3:06-bk-00099-GLP
FUNG a/k/a KEVIN FUNG and SHERRY FUNG )
       v.                      )  CV-07-80181-MISC  SBA
_____,)  Adv. Proc. No. _____
       Defendant               )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on _February 20, 2007_ as it appears in the records of this court, and that:
                                                                    (date)

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
        (name of court)                          (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
        (date)

                                            Lee Ann Bennett
                                    _____
                                       Clerk of the Bankruptcy Court

_July 6, 2007_                      By: _Cathy Mullekin_____
    Date                                      Deputy Clerk
                                    300 North Hogan Street, 3-350
                                    Jacksonville, FL  32202

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Case No. 3:06-bk-00386-GLP

KWONG HIN FUNG and
SHERRY LAU FUNG,

_____Debtors_____/
LIONEL HERNANDEZ and
JANETTE HERNANDEZ

Adv. Proc. No.: 3:06-ap-00099-GLP

Plaintiffs,

v.

KWONG HIN FUNG and
SHERRY LAU FUNG a/k/a
KEVIN FUNG and SHERRY FUNG,
respectively
_____Defendants_____/

## JUDGMENT

This adversary proceeding came before the Court on the Plaintiffs' Motion for Summary Judgment on February 13, 2007. In accordance with the Order Granting Plaintiffs' Motion for Summary Judgment, it is **ORDERED**:

1. The debt owed by the Defendants, KWONG HIN FUNG and SHERRY LAU FUNG a/k/a KEVIN FUNG and SHERRY FUNG to Plaintiffs LIONEL HERNANDEZ AND JANETTE HERNANDEZ, being the Amended Final Judgment against the Defendants in favor of the Plaintiffs in Superior Court of California on November 5, 2004, Case CGC-01-

Page 1 of 2

"RECORDED IN THE US BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION

J.B. VOL. 53 , NO. 7227

234187, is excepted from any discharge granted Defendants as Debtors in the underlying bankruptcy case pursuant to 11 U.S.C. §523 (a) (2) (A).

2.  Judgment is entered in favor of the Plaintiffs, LIONEL HERNANDEZ AND JANETTE HERNANDEZ, and against Defendants, KWONG HIN FUNG AND SHERRY LAU FUNG a/k/a KEVIN FUNG AND SHERRY FUNG, in the principal amount of Three hundred thousand twenty-six thousand two hundred five and ninety-five/hundreds dollars with accrued interest ($326,205.95), with interest at the legal rate of 5.07% per annum from the date of this Judgment, for which let execution issue.

Dated at Jacksonville, Florida this 20 day of February 2007.

~~GEORGE L. PROCTOR~~
United States Bankruptcy Judge
Jerry A. Funk

Copies furnished to:
Nancy F. Yesner
Attorney for Plaintiffs

John Raffaelli, Esquire
Robert Bronson, Esquire
Attorneys for Defendants

I certify the foregoing to be true and correct copy of the original.
CLERK OF COURT
U.S. BANKRUPTCY COURT
By: _____
Dated: April 23, 2007

Page 2 of 2